**OUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO: 8:08-cr-423-T-17MAP

MELISSA WILLIS

**AMENDED Order Granting Defendant's Unopposed Motion for Prison-Term Reduction
Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

The defendant has filed a motion to amend the previously entered order reducing sentence (Doc. 255).  Finding the motion well taken, it is granted and the Court reenters the order reducing sentence with corrections.  Before the Court is the defendant's motions to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Docs. #244 and 253.  The United States does not oppose a reduction. Doc. #253. The parties stipulate that she is eligible for a reduction because Amendment 782 reduces the guideline range applicable to her, *see* USSG §1B1.10(a)(1). Doc. #253. The Court agrees that she is eligible for a reduction and adopts the amended guideline calculations in the parties' stipulation. Doc. #253.

Having reviewed the facts in both the original presentence investigation report and the February 18, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 27 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Thus:

(1)  The Court grants the defendant's motion, Docs. #253.

(2)  The Court reduces the defendant's prison term from 78 to 51 months or time served, whichever is greater.

(3)  The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on June 2, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Magistrate Judge

United States Marshals Service

United States Probation Office

United States Pretrial Services